# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SALVADOR MENDES TORRES, et al.,
  Plaintiffs,
  V.
HON. CEFERINO PACHECO
GUIDICELLI, et al.,
  Defendants.

**CASE NUMBER:** 98-1693 (HL)

| MOTION | RULING |
|---|---|
| **Date**<br>Filed: 8/23/99    **Docket #30**<br>[ ] Plffs    [x] Defts<br>[ ] Other<br><br>**Title:** Motion Requesting Leave to Withdraw | Granted. The Acting Director of the Federal Litigation Division of the Puerto Rico Department of Justice is granted leave to withdraw as counsel for co-defendants Isaac Llantin-Ballester and Santos E. Padilla-Ferrer. Co-defendants Llantin-Ballester and Padilla-Ferrer are granted **until October 1, 1999** to retain new counsel and have that counsel file a notice of appearance. Failure to do so may result in the entry of default against co-defendants Llantin-Ballester and Padilla-Ferrer. Additionally, the Court orders the Federal Litigation Division to provide Llantin-Ballester and Padilla-Ferrer with a copy of this order and to certify to the Court that they have done so by **October 1, 1999.** Finally, the Federal Litigation Division shall supply the court with a valid address for Llantin-Ballester and Padilla-Ferrer by **October 1, 1999.** |

Date 9\13\99

**HECTOR M. LAFFITTE**
**U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | |