# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Salvador Mendes Torres, et al.,
    Plaintiffs,

v.

Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

## MOTION

Date Filed: 9/16/99    Docket #37    [] Plffs [x] Defts
Title: Motion in Compliance with Court Order and About Legal Representation
Opp'n Filed:    Docket #

## ORDER

Granted. The Court understands that the Federal Litigation Division of the Puerto Rico Department of Justice, through Gloria Robison Guarch, filed a Notice of Appearance, Dkt. No. 31, on August 26, 1999. In light of this Notice, the Court considers co-defendants Llantin-Ballester and Padilla-Ferrer to be in full compliance with the Court's order of September 13, 1999, Dkt. No. 36.

Date 9/21/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |



