UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
    v.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

| MOTION |
|---|
| Date Filed: 6/18/99   Docket #24   [x] Plffs [] Defts<br>Title: Motion Requesting Leave to File Document in Spanish<br>Opp'n Filed:   Docket # |
| ORDER |
| Granted. As soon as these documents are translated into English, Plaintiffs shall file them with this Court. |

Date 10-5-99    HECTOR M. LAFFITTE
    Chief U.S. District Judge

Rec'd:    EOD:

By:    #

Received & Filed 99 OCT -5 PM 12:23 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.


