UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
    v.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

| MOTION |
|---|
| Date Filed: 6/22/99   Docket #25   [] Plffs [x] Defts<br>Title: Motion for Leave to File Reply<br>Opp'n Filed:   Docket # |

| ORDER |
|---|
| Defendants are granted leave to file a reply to Plaintiffs' Opposition to Motion for Summary Judgment. |

Date 10-5-99   HECTOR M. LAFFITTE
                      Chief U.S. District Judge

Rec'd:    EOD:

By:    #


