UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
v.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

| MOTION |
|---|
| Date Filed: 8/4/99    Docket #28    [] Plffs [x] Defts |
| Title: Motion Subscribing Motion for Summary Judgment |
| Opp'n Filed:    Docket # |

| ORDER |
|---|
| Defendants are granted leave to join Defendant Hon. Ceferino Pacheco Guidicelli's Motion for Summary Judgment, Dkt. No. 27. |

Date 10/5/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #


