UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,

v.

Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

| MOTION |
|---|
| Date Filed: 8/4/99    Docket #32    [ ] Plffs  [x] Defts<br>Title: Motion Joining Defendants Motion for Summary Judgment<br>Opp'n Filed:    Docket # |
| ORDER |
| Moot. The Court has granted Defendants' identical motion, Dkt. No. 28. |

Date 10-5-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #


