UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
    v.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

## MOTION

Date Filed: 10/13/99  Docket #47  [] Plffs [x] Defts
Title: Motion for Leave to File Documents in the Spanish Language
Opp'n Filed:  Docket #

## ORDER

Defendants may for the time being submit documents in the Spanish language in support of their Motion for Summary Judgment.

Date 10/19/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:  EOD:

By:  #


