# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,

v.

Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

| MOTION |
|---|
| Date Filed: 10/15/99     Docket # 48     [ ] Plffs  [x] Defts
Title: Motion Subscribing Motion for Summary Judgment
Opp'n Filed:     Docket # |
| **ORDER** |
| The Court grants Defendants Mayors and Municipalities of Cabo Rojo and San German, Santos Padilla Ferrer and Isaac Llantin Ballester's Motion Subscribing Motion for Summary Judgment and Arguments of Co-Defendant Ceferino Pacheco Guidicelli. |

Date | 10-22-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:          EOD:

By:             #

