UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
    V.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

### MOTION

Date Filed: 10/25/99    Docket #52    [ ] Plffs  [x] Defts
Title: Informative Motion
Opp'n Filed:    Docket #

### ORDER

Noted.

### MOTION

Date Filed: 10/25/99    Docket #53    [ ] Plffs  [x] Defts
Title: Motion Joining Defendants Motion for Summary Judgment
Opp'n Filed:    Docket #

### ORDER

Moot. See Dkt. No. 51.

Date 10/27/99    HECTOR M. LAFFITTE
    Chief U.S. District Judge

Rec'd:    EOD:

By:    #

