UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Salvador Mendez Torres, et al.,
    Plaintiffs,
    v.                                                   CASE NUMBER: 98-1693(HL)
Hon. Santos E. Padilla Ferrer,
Hon. Isaac Llantin Ballester, et al.
    Defendants.

| MOTION |
|---|

Date Filed: 11/1/99     Docket #56     [ ] Plffs [x] Defts
Title: Motion Requesting Leave and Reply
Opp'n Filed:     Docket #

| ORDER |
|---|

Defendants are granted leave to reply to Plaintiffs' Opposition to Motion for Summary Judgment of Ceferino Pacheco Guidicelli.

Date 11-04-99     HECTOR M. LAFFITTE
                   Chief U.S. District Judge

Rec'd:     EOD:

By:     #


