UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
    v.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

## MOTION

| | |
|---|---|
| Date Filed: 11/12/99    Docket #59    [] Plffs [x] Defts | |
| Title: Motion Subscribing Consortium Reply | |
| Opp'n Filed:    Docket # | |

## ORDER

Defendants Mayors and Municipalities of Cabo Rojo and San German, Honorable Santos Padilla Ferrer, and Honorable Isaac Llantin Ballester are granted leave to subscribe to the Consortium's reply to Plaintiffs' Opposition to Summary Judgment.

Date 11/19/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


