UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
        v.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

| MOTION |
|---|
| Date Filed: 11/23/99  Docket #62  [ ] Plffs  [x] Defts |
| Title: Motion to Join and/or Adopt Motion for Summary Judgment |
| Opp'n Filed:  Docket # |

| ORDER |
|---|

Defendant Ceferino Pacheco Guidicelli in his personal capacity is granted leave to join the Motion for Summary Judgment and the Reply to Plaintiff's Opposition filed by Defendant Guidicelli in his official capacity as President of the Southwestern Consortium.

Date 12/7/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


