UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
        v.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

## MOTION

Date Filed: 11/18/99    Docket #60    [ ] Plffs  [x] Defts
Title: Motion to Join and/or Adopt Motion for Summary Judgment
Opp'n Filed:    Docket #

## ORDER

Defendant Hon. Ceferino Pacheco Guidicelli as Mayor of the Municipality of Guayanilla is granted leave to join the Motion for Summary Judgment, Statement of Material Facts, and Memorandum of Law in Support of the Same filed on behalf of Defendant Hon. Ceferino Pacheco Guidicelli as President of the Southwestern Consortium.

Date 11/22/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


