UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
        v.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

| MOTION |
|---|
| Date Filed: 11/9/99    Docket #58    [] Plffs [x] Defts<br>Title: Motion Requesting Leave to File Reply<br>Opp'n Filed:    Docket # |
| **ORDER** |
| Granted. |

Date 12/16/99    HECTOR M. LAFFITTE
Chief U.S. District Judge


