UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Mendez-Torres, et al.,
    Plaintiffs,
    V.
Pacheco-Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

## ORDER

The pretrial and settlement conference set for February 18, 2000 at 11:00 AM is hereby changed to March 3, 2000 at 11:00 AM.

Date 2/9/00

HECTOR M. LAFFITTE
Chief U.S. District Judge