ENTERED ON DOCKET
2/29/00 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

MENDEZ-TORRES, et al.,
  Plaintiffs,

v.

Civil No. 98-1693 (HL)

PACHECO-GUIDICELLI, et al.,
  Defendants.

## PARTIAL JUDGMENT

The Court having issued an Opinion and Order on this same date, partial judgment is hereby entered dismissing with prejudice Plaintiffs' claims against Defendant Ceferino Pacheco Guidicelli and Plaintiffs' Due Process claims.

IT IS SO ORDERED
In San Juan, Puerto Rico
This 28th day of February, 2000

_____
HECTOR M. LAFFITTE
Chief United States District Judge




AO 72A
(Rev.8/82)