UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
V.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

| ORDER |
|---|
| The jury trial scheduled for April 10, 2000 at 9:00 a.m. is hereby changed to April 24, 2000 at 9:00 a.m. |

Date 4/4/01

HECTOR M. LAFFITTE
Chief U.S. District Judge



RECEIVED & FILED
00 APR -5 AM 9:05
U.S. DISTRICT COURT
SAN JUAN, PR.