UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
        V.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

| MOTION | |
|---|---|
| Date Filed: 4/4/00   Docket #73   [x] Plffs  [] Defts  
Title: Stipulation for Judgment  
Opp'n Filed:   Docket # | |

| ORDER |
|---|
| The Court hereby approves the parties' settlement. Judgment shall be entered accordingly. |

Date 4-6-00

HECTOR M. LAFFITTE
Chief U.S. District Judge

