UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
    V.
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

| **JUDGMENT** |
| --- |
| The Court having approved the parties' settlement stipulation, judgment is hereby entered dismissing this case with prejudice. |

Date 4-6-00    HECTOR M. LAFFITTE
    Chief United States District Judge

