S

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
V.
Hon. Santos E. Padilla Ferrer, et al.,
    Defendants.

CASE NUMBER: 98-1693 (HL)

## MOTION

Date Filed: 7/19/00    Docket # 78    [x] Plffs [x] Defts
Title: Joint Motion of Satisfaction of the Stipulation and Judgment of This Case
Opp'n Filed:    Docket #

## ORDER

Noted.

Date 7/27/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
'00 JUL 28 AM 8:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

79