## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Salvador Mendez Torres, et al.,
    Plaintiffs,
    V.                                    CASE NUMBER: 98-1693 (HL)
Hon. Ceferino Pacheco Guidicelli, et al.,
    Defendants.

### MOTION

Date Filed: 12/21/00    Docket # 80    [] Plffs [x] Defts
Title: Motion for Resigning Legal Representation
Opp'n Filed:    Docket #

### ORDER

   Attorney Carmen S. Curet Salim is hereby granted leave to withdraw from representation of Defendant Ceferino Pacheco Guidicelli. All documents in this case shall be notified to:

Honorable Ceferino Pacheco Guidicelli
Municipio de Guayanilla
Oficina del Alcalde
Apartado 250
Guayanilla, PR 00656
Tel. 835-2660

Date 1/8/01                HECTOR M. LAFFITTE
                                Chief U.S. District Judge


